IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00563-WYD-KMT

BARBARA K. DUBROVIN,

    Plaintiff,

v.

BALL CORPORATION CONSOLIDATED WELFARE BENEFIT PLAN FOR EMPLOYEES,
THE BALL CORPORATION LONG-TERM DISABILITY COVERAGE PLAN,
THE BALL CORPORATION,
BALL CORPORATION EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE,
THE BALL AEROSPACE & TECHNOLOGIES CORP.,

    Defendants.

## ORDER

This matter is before the court concerning current scheduling issues. The parties have stipulated and the Court now **ORDERS** Plaintiff's objections and supplementation to the Administrative Record will be due on or before July 22, 2008.

Dated this 23rd day of June, 2008.

                                                BY THE COURT:

                                                s/ Kathleen M. Tafoya
                                                KATHLEEN M. TAFOYA
                                                United States Magistrate Judge