IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00563-WYD-KMT

BARBARA K. DUBROVIN,

     Plaintiff,

v.

THE BALL CORPORATION CONSOLIDATED WELFARE BENEFIT PLAN FOR EMPLOYEES;
THE BALL CORPORATION LONG-TERM DISABILITY COVERAGE PLAN, also known as The Ball Corporation Long-Term Disability Plan for Salaried Employees, also known as The Ball Corporation Long-Term Disability (LTD);
BALL CORPORATION, an Indiana corporation;
THE BALL CORPORATION EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE; and
BALL AEROSPACE & TECHNOLOGIES CORPORATION, a Delaware corporation,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendants' Unopposed Motion for Leave to File Response [Docket No. 77] in Excess of Page Limits (filed February 3, 2009, Dkt. 79) is **GRANTED**.

     DATED:  June 10, 2009.