**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: April 28, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **08-cv-00563-WYD-KMT**     Counsel:

**BARBARA K. DUBROVIN**,                    Dennis P. Walker

      Plaintiff,

v.

**THE BALL CORPORATION**                    Michael S. Beaver
**CONSOLIDATED WELFARE BENEFIT**            Catherine C. Crane
**PLAN FOR EMPLOYEES, et al.**,

      Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

**2:23 p.m.**    Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

             Defendants' Motion for Summary Judgment [doc. #108], filed August 27, 2009 and Plaintiff's Motion for Summary Judgment on the Merits Based Upon Judicial Review Under E.R.I.S.A. [doc. #117], filed January 21, 2010 are raised for argument.

2:24 p.m.    Argument by Plaintiff (Mr. Walker).

2:25 p.m.    Argument by Defendants (Ms. Crane).

| | |
|---|---|
| 2:25 p.m. | Argument by Plaintiff (Mr. Walker). |
| 3:00 p.m. | Argument by Defendants (Ms. Crane). |
| 4:00 p.m. | Argument by Plaintiff (Mr. Walker). |
| **ORDERED:** | Defendants' Motion for Summary Judgment [doc. #108], filed August 27, 2009, is **DEFERRED.** |
| **ORDERED:** | Plaintiff's Motion for Summary Judgment on the Merits Based Upon Judicial Review Under E.R.I.S.A. [doc. #117], filed January 21, 2010, is **DEFERRED.** |
| **ORDERED:** | Parties shall file supplemental briefing within **ten (10) days.** |
| **4:15 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   1:52**