IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00563-WYD-KMT

BARBARA K. DUBROVIN,

    Plaintiff,

v.

THE BALL CORPORATION CONSOLIDATED WELFARE BENEFIT PLAN FOR EMPLOYEES;
THE BALL CORPORATION LONG-TERM DISABILITY COVERAGE PLAN, also known as The Ball Corporation Long-Term Disability Plan for Salaried Employees, also known as The Ball Corporation Long-Term Disability (LTD);
BALL CORPORATION, an Indiana corporation;
THE BALL CORPORATION EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE; and
BALL AEROSPACE & TECHNOLOGIES CORPORATION, a Delaware corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Permission to File Supplemental Response to Defendants' Rule 59(e) Motion (ECF No. 142) is **GRANTED**.  Plaintiff's Supplemental Response to Defendants' Reply in Support of Rule 59(e) Motion (ECF No. 143) is accepted for filing.

    Also, a status conference and hearing on pending motions is set for **Thursday, February 10, 2011, at 10:00 a.m.**

    Dated:  December 28, 2010