IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00563-WYD-KMT

BARBARA K. DUBROVIN,

     Plaintiff,

v.

THE BALL CORPORATION CONSOLIDATED WELFARE BENEFIT PLAN FOR EMPLOYEES;
THE BALL CORPORATION LONG-TERM DISABILITY COVERAGE PLAN, also known as The Ball Corporation Long-Term Disability Plan for Salaried Employees, also known as The Ball Corporation Long-Term Disability (LTD);
BALL CORPORATION, an Indiana corporation;
THE BALL CORPORATION EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE; and
BALL AEROSPACE & TECHNOLOGIES CORPORATION, a Delaware corporation,

     Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal filed March 23, 2011.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion for Dismissal (ECF No. 155) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own costs and expenses.

     Dated:  March 23, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge